COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER

Cause No. 01-13-00200-CV, *In re City of Houston*, Relator

Original Proceeding on Petition for Writ of Mandamus from *LaShonda Rochelle v. City of Houston*, Cause No. 2011-01184, in the 269th District Court of Harris County, Texas.

Relator City of Houston has filed a motion for clarification of this court's March 21, 2013 order which granted temporary relief by staying the order complained of in the original proceeding – the order granting a new trial.

**The motion is granted in part and denied in part.** The motion is granted to the extent the City seeks clarification of the original order. To clarify: only the trial court's order has been stayed. The motion is denied to the extent the City requests an extension of the stay to "the entire proceeding." Any party may file a motion for reconsideration of the stay, including the scope of the stay. *See* TEX. R. APP. P. 52.10(c).

It is so ORDERED.

Judge's signature:    /s/ Michael Massengale
                              Acting individually

Date:   April 23, 2013